■ In the Matter of HATTIE JAMES, Appellant, against WENDELL SAUNDERS et al., Respondents.— The motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion to dispense with printing granted. The appeal will be heard on a typewritten record (including the typed

minutes) and on a typewritten brief. Appellant is directed to file two copies of the record and five copies of appellant's brief, and to serve one copy of the record and the brief on the attorneys for respondents. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.